FILED
CHARLOTTE, NC

MAR 2 1 2008

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

---

In re:                                              : Chapter 7
                                                    :
RFS ECUSTA INC. and                                 : Bankr. Ct. Case Nos.
RFS US INC.,                                         :       03-10358 (GRH)
                             Debtors.                :     and 03-10360 (GRH)
                                                    : (Jointly Administered)
                                                    : **Dist. Ct. Case No.**
                                                    : **3:06-cv-386-MU**

---

LANGDON M. COOPER,                                  :
as Chapter 7 Trustee for the estates of             : **Dist. Ct. Case No.**
RFS ECUSTA INC. AND RFS US INC.,                    : **3:05-cv-214-MU**
                                                    :
                             Plaintiff,             : Bankr. Ct. Adv. Pro. No.
                                                    : 04-3233
             v.                                     :
                                                    :
NATHU RAM PURI, UPENDRA K. PURI,                    :
AJAY BADHWAR, STEVEN H. SMITH,                       :
PURICO (IOM) LIMITED, PURICO US, INC.,              :
ECUSTA FIBERS, LTD., ECUSTA AUSTRALIA PTY.          :
LTD., PURICO GMBH, ENVIRONMENTAL                    :
DESIGN CONSULTANCY, P.H.                             :
GLATFELTER COMPANY and                              :
MOLLANVICK, INC.,                                   :
                                                    :
                             Defendants.            :

---

LANGDON M. COOPER,                                  :
as Chapter 7 Trustee for the estates of             : **Dist. Ct. Case No.**
RFS ECUSTA INC. AND RFS US INC.,                    : **3:05-cv-215-MU**
                                                    :
                             Plaintiff,             : Bankr. Ct. Adv. Pro. No.
                                                    : 03-3352
             v.                                     :
                                                    :
NATHU RAM PURI, PURICO (IOM)                        :
LIMITED, ANCEFIN, LTD., and TOTAL                   :
ACCEPTANCES LIMITED,                                :
                                                    :
                             Defendants.            :

---

664075v3  009033.0300

```
------------------------------------------------------------------  X
LANGDON M. COOPER,                                    :
as Chapter 7 Trustee for the estates of               :   **Dist. Ct. Case No.**
RFS ECUSTA INC. and RFS US INC.,                      :   **3:05-cv-216-MU**
                                                      :
                              Plaintiff,              :   Bankr. Ct. Adv. Pro. No.
                                                      :   04-3069
                                                      :
              v.                                      :
                                                      :
P.H. GLATFELTER COMPANY, NORTH                        :
CAROLINA INDUSTRIAL COMMISSION,                       :
NORTH CAROLINA DEPARTMENT OF                          :
INSURANCE, NORTH CAROLINA SELF-                       :
INSURANCE GUARANTY ASSOCIATION,                       :
JAMES GOODSON, WACHOVIA BANK, N.A.,                   :
JOHN DOE 1 through unknown and JANE DOE 1 through     :
unknown,                                              :
                                                      :
                              Defendants.             :
------------------------------------------------------------------  X
LANGDON M. COOPER,                                    :
as Chapter 7 Trustee for the estates of               :   **Dist. Ct. Case No.**
RFS ECUSTA INC. and RFS US INC.,                      :   **3:05-cv-213-MU**
                                                      :
                              Plaintiff,              :   Bankr. Ct. Adv. Pro. No.
                                                      :   04-3232
                                                      :
              v.                                      :
                                                      :
P.H. GLATFELTER COMPANY;                              :
MOLLANVICK, INC.; JEMSITE                             :
DEVELOPMENT, LLC; STATE                               :
EMPLOYEES CREDIT UNION;                               :
WACHOVIA BANK, N.A.; TRSTE, INC. and                  :
ALLFIRST TRUST COMPANY, N.A. n/k/a                    :
M&T BANK,                                             :
                                                      :
                                                      :
                              Defendants.             :
------------------------------------------------------------------  X
```

```
-----------------------------------------------------------------  X
P.H. GLATFELTER COMPANY and                                        :
MOLLANVICK, INC.,                                                  :   **Dist. Ct. Case No.**
                                                                   :   **3:05-cv-213-MU**
              Counterclaim and Third Party Plaintiff,             :
                                                                   :   Bankr. Ct. Adv. Pro. No.
                                                                   :   04-3232
                             v.                                    :
                                                                   :
LANGDON M. COOPER, as Chapter 7 Trustee                            :
for the Estates of RFS ECUSTA INC. and                             :
RFS US INC., NATHU RAM PURI, UPENDRA K.                            :
PURI, PURICO (IOM) LIMITED, PURICO US,                             :
INC., RF & SON, INC., PURICO GMBH, and                             :
ALLFIRST TRUST COMPANY, N.A. n/k/a                                 :
M&T BANK Corporation as escrow agent,                              :
                                                                   :
              Counterclaim and Third Party Defendants.            :
-----------------------------------------------------------------  X
LANGDON M. COOPER,                                                 :
as Chapter 7 Trustee for the estates of                            :   **Dist. Ct. Case No.**
RFS ECUSTA INC. and RFS US INC.,                                   :   **3:05-cv-212-MU**
                                                                   :
                             Plaintiff,                            :   Bankr. Ct. Adv. Pro. No.
                                                                   :   04-3231
                             v.                                    :
                                                                   :
DECHERT LLP,                                                       :
                                                                   :
                             Defendant.                            :
-----------------------------------------------------------------  X
LANGDON M. COOPER,                                                 :
as Chapter 7 Trustee for the estates of                            :   **Dist. Ct. Case No.**
RFS ECUSTA INC. and RFS US INC.,                                   :   **3:06-cv-312-GCM**
NATHU RAM PURI, UPENDRA K. PURI,                                   :
AJAY BADHWAR and STEVEN H. SMITH,                                  :   Bankr. Ct. Adv. Pro. No.
                                                                   :   04-3231
                             Plaintiffs,                           :
                                                                   :
                             v.                                    :
                                                                   :
CNA FINANCIAL CORPORATION, COLUMBIA                                :
CASUALTY COMPANY, and ZURICH AMERICAN                              :
INSURANCE COMPANY,                                                 :
                                                                   :
                             Defendants.                           :
-----------------------------------------------------------------  X
```

664075v3  009033.0300

# SUPPLEMENTAL ORDER DIRECTING CLERK TO
## DISBURSE $7,750,000 CURRENTLY
## HELD IN THIS COURT'S REGISTRY

THIS MATTER came to be heard on the Motion of Langdon M. Cooper, the Trustee in Bankruptcy (the "Trustee") for the Chapter 7 estates of RFS Ecusta Inc. and RFS US Inc. to approve a certain settlement among multiple parties (the "Settlement"). The Settlement was approved and this Court's Order approving the Settlement has become final. The Clerk of this Court, through the Court's Registry, holds in these cases a sum in excess of $29 million, and a portion of this sum now needs to be disbursed pursuant to the Settlement and as indicated below. It is, therefore,

**ORDERED**, that the Clerk of this Court shall cause a portion of the funds held in these cases, to be disbursed as follows:

(1)     The sum of $7,750,000 shall be immediately disbursed and wire transferred for the benefit of the bankruptcy estates pursuant to the following wire transfer instructions:

Bank Name:   Bank of America
              Dallas, Texas
Routing No. 026009593
Credit Account – Estate of RFS Ecusta, Inc.
Account No. 3756115453

It is further

**ORDERED** that the Clerk is directed to cooperate with Langdon M. Cooper to expedite the transfer.

March 21st, 2008

Graham C. Mullen
United States District Judge