IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

---

| | |
|---|---|
| In re:<br><br>RFS ECUSTA INC.<br>and RFS US INC.,<br><br><br><br>Debtors | Chapter 7<br><br>**Dist. Ct. Case No.**<br>**3:06-cv-386-MU**<br><br>Bankr. Ct. Case Nos.<br>  03-10358 (GRH) and<br>  03-10360 (GRH) (Jointly<br>  Administered) |
| LANGDON M. COOPER,<br>as Chapter 7 Trustee for the estates of<br>RFS ECUSTA INC. AND RFS US INC.,<br><br>Plaintiff,<br><br><br>NATHU RAM PURI, UPENDRA K. PURI,<br>AJAY BADHWAR, STEVEN H. SMITH,<br>PURICO (IOM) LIMITED, PURICO US, INC., RF & SON,<br>INC., DOORLOCK, LIMITED, ECUSTA FIBERS, LTD.,<br>ECUSTA AUSTRALIA PTY.<br>LTD., PURICO GMBH, ENVIRONMENTAL<br>DESIGN CONSULTANCY, P.H.<br>GLATFELTER COMPANY and<br>MOLLANVICK, INC.,<br><br>Defendants. | **Dist. Ct. Case No.**<br>**3:05-cv-214-MU**<br><br>Bank. Ct. Adv. Pro. No.<br>04-3233 |
| LANGDON M. COOPER,<br>as Chapter 7 Trustee for the estates of RFS<br>ECUSTA INC. AND RFS US INC.,<br><br>Plaintiff,<br><br><br>NATHU RAM PURI, PURICO (IOM)<br>LIMITED, ANCEFIN, LTD., and TOTAL<br>ACCEPTANCES LIMITED,<br><br>Defendants. | **Dist. Ct. Case No.**<br>**3:05-cv-215-MU**<br><br>Bank. Ct. Adv. Pro. No.<br>03-3352 |

FILED
CHARLOTTE, NC
MAR 21 2008
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

LANGDON M. COOPER,
as Chapter 7 Trustee for the estates of
RFS ECUSTA INC. and RFS US INC.,

          Plaintiff,

v.

**Dist. Ct. Case No.
3:05-cv-216-MU**

Bankr. Ct. Adv. Pro. No.
04-3069

P.H. GLATFELTER COMPANY, NORTH CAROLINA
INDUSTRIAL COMMISSION, NORTH CAROLINA
DEPARTMENT OF INSURANCE, NORTH CAROLINA
SELF-INSURANCE GUARANTY ASSOCIATION,
JAMES GOODSON, WACHOVIA BANK, N.A., JOHN
DOE 1 through unknown and JANE DOE 1 through
unknown,

          Defendants.

LANGDON M. COOPER,
as Chapter 7 Trustee for the estates of
RFS ECUSTA INC. and RFS US INC.,

          Plaintiff,

X

**Dist. Ct. Case No.
3:05-cv-213-MU**

Bankr. Ct. Adv. Pro. No.
04-3232

P.H. GLATFELTER COMPANY;
MOLLANVICK, INC.; JEMSITE
DEVELOPMENT, LLC; STATE EMPLOYEES
CREDIT UNION; WACHOVIA BANK, N.A.;
TRSTE, INC. and ALLFIRST TRUST
COMPANY, N.A. n/k/a M&T BANK,

          Defendants.

--------------------------------------------------------------- X

P.H. GLATFELTER COMPANY and
MOLLANVICK, INC.,

      Counterclaim and Third Party Plaintiff,
          : Bankr. Ct. Adv. Pro. No.
          : 04-3232

          v.

:
**Dist. Ct. Case No.
3:05-cv-213-MU**
:
:
:

```
LANGDON M. COOPER,                              :
as Chapter 7 Trustee for the Estates of         :
RFS ECUSTA INC. and RFS US INC.,                :
NATHU RAM PURI, UPENDRA K. PURI,                :
PURICO (IOM) LIMITED, PURICO US, INC.,          :
RF & SON, INC., PURICO GmbH, and                :
ALLFIRST TRUST COMPANY, N.A. n/k/a              :
M&T BANK Corporation as escrow agent,           :


            Counterclaim and Third Party Defendants. -- :
--------------------------------------------------------------- X
LANGDON M. COOPER,                              :
as Chapter 7 Trustee for the estates of         :   **Dist. Ct.** Case **No.**
RFS ECUSTA INC. and RFS US INC.,                :   3:05-cv-212-MU

                            Plaintiff,          :   Bankr. Ct. Adv. Pro. No.
                                                :   04-3231
                v.                              :

DECHERT LLP,                                    :

                            Defendant.:
--------------------------------------------------------------- X
```

## ORDER AUTHORIZING THE COURT REGISTRY INVESTMENT SYSTEM ADMINISTRATOR TO WIRE FUNDS ON BEHALF OF THE CLERK OF COURT OF THE WESTERN DISTRICT OF NORTH CAROLINA and TO AMEND WIRING INSTRUCTIONS IN ORIGINAL ORDER

Funds disputed by this action were deposited in the registry of the court and were, in turn, invested in the Court Registry Investment System (CRIS), which is administered by the Southern District of Texas. Parties have reached agreement and the Clerk of the Western District of North Carolina has been ordered (No. 100) to disburse these funds. As conventional methods of disbursement would cause a significant loss of interest income, the CRIS Administrator in the Southern District of Texas is authorized to wire the funds directly to the accounts on behalf of the Clerk of Court of the Western District of North Carolina. Counsel for each party will provide the Clerk with wiring instructions for each transaction.

SO ORDERED, this the 21st day of March, 2008.

*[signature]*
Graham C. Mullen
Senior United States District Judge