IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV212-MU

| | |
|---|---|
| LANGDON M. COOPER, as Trustee for the estates of RFS Ecusta, Inc. and RFS US, Inc., ) ) ) Plaintiff, ) ) vs. ) ) DECHERT, LLP, ) ) Defendant. ) ) | ORDER |

This matter is before the court upon its own motion. The Plaintiff in this matter is directed to prepare a statement of facts and presentation for opposing counsel within 30 days of the date of entry of this Order. Within 30 days thereafter, counsel are directed to file a status report with the court. The status report should indicate whether the parties have been able to agree upon a mediator.

IT IS SO ORDERED.

Signed: September 11, 2008

Graham C. Mullen
United States District Judge