IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV212-MU

| In re: | ) |
| --- | --- |
| | ) |
| RFS ECUSTA INC. and RFS US INC., | ) |
| Debtors. | ) |
| | ) |
| | ) |
| LANGDON M. COOPER, as Chapter 7 Trustee for the estates of RFS ECUSTA INC. and RFS US INC., | ) ORDER |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DECHERT LLP., | ) |
| | ) |
| Defendant. | ) |

This matter is before the court upon the Status Report filed by the Trustee on November 14, 2008. Based upon the Status Report, it appears that while the Trustee has served Dechert with a statement detailing its claims, Dechert has indicated that it does not intend to provide the Trustee with a response to the Trustee's statement. The court has determined that the filing of such a response is both appropriate and necessary if mediation is to have an opportunity to be successful. Accordingly,

IT IS THEREFORE ORDERED that Defendant Dechert is hereby directed to serve the Trustee with its responsive statement within twenty days of the date of entry of this Order.

Signed: December 2, 2008

*[signature: Graham C. Mullen]*

Graham C. Mullen
United States District Judge