IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV212

| | |
|---|---|
| LANGDON M. COOPER, as Chapter 7 Trustee for the estates of RFS Ecusta, Inc. and RFS US, Inc., )))))))))))) | |
| Plaintiff, | |
| vs. | ORDER |
| DECHERT LLP, | |
| Defendant. | |

This matter is before the court upon its own motion. The court is informed that the parties conducted a mediated settlement conference on Tuesday, January 20, 2009. The parties have agreed to adjourn the mediation and reconvene on March 2, 2009. Accordingly, the court stays this matter pending the conclusion of mediation. The mediator is directed to promptly report to the court the results of mediation upon completion of the same.

IT IS SO ORDERED.

Signed: January 22, 2009

Graham C. Mullen
United States District Judge